Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard Street Suite 780
Woodland Hills, CA 91367
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@toddflaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVE GALLION**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CALLINGPOST COMMUNICATIONS, INC.;** DOES 1-10 Inclusive**,**<br><br>Defendant. | Case No. 5:18-cv-02065-CJC<br><br>**JOINT STIPULATION OF DISMISSAL OF PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

NOW COME THE PARTIES, by and through their attorneys, to respectfully request that this Honorable Court dismiss this matter with prejudice as to Plaintiff's individual claims, and without prejudice as to the putative class pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear his/its own costs and attorneys' fees. A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 13th day of May, 2019.

By: s/Adrian R. Bacon
Adrian R. Bacon, Esq.
Attorney for Plaintiff

By: s/Justin M. Brandt
Justin M. Brandt, Esq.
Attorney for Defendant

### Signature Certification

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby certify that Justin M. Brandt, counsel for Defendant, concurs in this filing's content, and I have obtained his authorization to affix his electronic signature to this document.

Dated: May 13, 2019    **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By: s/Adrian R. Bacon
Adrian R. Bacon, Esq.
Attorney for Plaintiff

Filed electronically on this 13th Day of May, 2019, with:

Notification sent electronically via the Court's ECF system to:

Honorable Judge of the Court
United States District Court

All Counsel of Record as Recorded on the Electronic Service List.

This 13th Day of May, 2019.
s/Adrian R. Bacon
ADRIAN R. BACON