# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVE GALLION**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CALLINGPOST COMMUNICATIONS, INC.;** DOES 1-10 Inclusive,<br><br>Defendant. | Case No. 5:18-cv-02065-CJC<br><br>**[PROPOSED] ORDER DISMISSING PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND CLASS CLAIMS WITHOUT PREJUDICE** |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice as to the named plaintiff, and without prejudice as to the putative class alleged in the complaint, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its/his own costs and attorneys' fees.

Dated: May ____, 2019

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE